IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00315-CNS-SBP

MAYO THOMPSON, individually, and on behalf of S.R., a minor;
CANDY GRANGER, individually, and on behalf of S.U., a minor;
HEATHRE NAUSED, individually, and on behalf of A.N., a minor;
ERIC BENDER and AMY BENDER, individually, and as husband and wife, on behalf of C.B., a minor,

Plaintiffs,

v.

STEAMBOAT SPRINGS SCHOOL DISTRICT RE-2, a municipal entity;
CELINE WICKS, in her individual and official capacities;
ANNE-MARIE TENNYSON, in her individual and official capacities;
RON PETERSON, in his individual and official capacities;
SYLVIA RAWLINGS, in her individual and official capacities;
CHUCK ROSEMOND, in his individual and official capacities; and
DAN JUBA, in his individual and official capacities,

Defendants.

## JOINT MOTION TO VACATE RESPONSIVE PLEADING DEADLINE AND STAY CASE

Plaintiffs Mayo Thompson, individually, and on behalf of S.R., a minor; Candy Granger, individually, and on behalf of S.U., a minor; Heathre Naused, individually, and on behalf of A.N., a minor; Eric Bender and Amy Bender, individually, and as husband and wife, on behalf of C.B., a minor; Defendant Sylvia Rawlings; Defendant Anne-Marie Tennyson; and Defendants Steamboat Springs School District RE-2, Dr. Celine Wicks in her individual and official capacities, Ron Peterson in his individual and official capacities, Chuck Rosemond in his individual and official capacities, and Dan Juba in his individual

and official capacities (collectively, the "School District Defendants"), through undersigned counsel, respectfully request pursuant to D.C.COLO.LCivR 16.6(a) that Defendant Tennyson and the School District Defendants' responsive pleading deadline be vacated and that the case be stayed in order to conduct early mediation. In support thereof, the parties state as follows:

1. Plaintiffs filed their Complaint and Jury Demand (ECF 1) on January 29, 2025.

2. Defendant Rawlings timely filed a partial answer (ECF 27) and a partial motion to dismiss (ECF 28) on May 15, 2025. Plaintiffs' Response to this partial motion to dismiss is due June 4, 2025.

3. Defendant Tennyson and the School District Defendants' responsive pleading deadline is June 3, 2025.

4. A scheduling conference has not been set, and there are no other case deadlines at this time.

5. The parties have agreed to conduct early mediation in an effort to resolve the claims that form the basis for this action. The mediation is scheduled with Judge Leland Anderson at the Judicial Arbiter Group for July 29, 2025.

6. In the interest of judicial economy and in order to avoid incurring unnecessary attorney fees while the Parties work toward potential resolution, they request that Defendant Tennyson and the School District Defendants' responsive pleading deadline be vacated, Plaintiffs' responsive deadline to ECF 28 be vacated, and the case stayed for 90 days.

7.      If, in the event the mediation is unsuccessful and the stay is lifted, the parties request that Defendant Tennyson and the School District Defendants' responsive pleading deadline and Plaintiffs' responsive deadline to ECF 28 be reinstated, with all responses due 21 days after the stay is lifted.

8.      The parties request leave to file a joint status report on or before August 5, 2025.

WHEREFORE, the parties jointly request that Defendant Tennyson and the School District Defendants' responsive pleading deadline be vacated, that Plaintiffs' responsive deadline to ECF 28 be vacated, that the case be stayed for 90 days, and for such other and further relief as the Court deems appropriate.

Respectfully submitted this 23rd day of May, 2025.

*s/ Gwyneth Whalen*
Gwyneth Whalen
Elliott V. Hood
Caroline G. Gecker
CAPLAN AND EARNEST LLC
3107 Iris Ave, Ste 100
Boulder, CO 80301
303-443-8010
gwhalen@celaw.com
ehood@celaw.com
cgecker@celaw.com
*Attorneys for the School District Defendants*

*s/ Catherine A. Tallerico*
Catherine A. Tallerico
Lyons Gaddis, PC
PO Box 978
515 Kimbark St.
Longmont, CO 80502
Telephone: 303-776-9900
ctallerico@lyonsgaddis.com
*Attorney for Defendant Sylvia Rawlings*

        *s/ Courtney B. Kramer*
Courtney B. Kramer
SGR, LLC
3900 East Mexico Ave., Suite 700
Denver, CO 80210
T: 303-320-0509
Email: ckramer@sgrllc.com
*Attorney for Defendant Anne-Marie Tennyson*

*s/ Jessica L. Breuer*
Jessica L. Breuer
BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
Fax: 303-708-0527
Telephone: 303-792-5595
jbreuer@burgsimpson.com
*Attorney for the Plaintiff*

### CERTIFICATE OF SERVICE

This is to certify that on May 23, 2025, a true and correct copy of the foregoing was filed with the U.S. District Court of Colorado CM/ECF System which will notify the following:

Jessica L. Breuer, Esq.
Burg Simpson Eldredge Hersh & Jardine, P.C.
jbreuer@burgsimpson.com
*Attorney for Plaintiffs*

Courtney B. Kramer, Esq.
Bennett M. Harrell, Esq.
SGR, LLC
*Attorneys for Defendant Anne-Marie Tennyson*

Catherine A. Tallerico, Esq.
Lyons Gaddis, P.C.
ctallerico@lyonsgaddis.com
*Attorney for Defendant Sylvia Rawlings*

        *s/Shellie Satterfield*
        Shellie Satterfield, Paralegal