IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00315-CNS-SBP

MAYO THOMPSON, individually, and on behalf of S.R., a minor;
CANDY GRANGER, individually, and on behalf of S.U., a minor;
HEATHER NAUSED, individually, and on behalf of A.N., a minor;
ERIC BENDER and AMY BENDER, individually, and as husband and wife, on behalf of C.B., a minor,

Plaintiffs,

v.

STEAMBOAT SPRINGS SCHOOL DISTRICT RE-2, a municipal entity;
CELINE WICKS, in her individual and official capacities;
ANNE-MARIE TENNYSON, in her individual and official capacities;
RON PETERSON, in his individual and official capacities;
SYLVIA RAWLINGS, in her individual and official capacities;
CHUCK ROSEMOND, in his individual and official capacities; and
DAN JUBA, in his individual and official capacities,

Defendants.

---

### SCHOOL DISTRICT DEFENDANTS' <u>UNOPPOSED</u> MOTION TO EXCEED PAGE LIMITATION ON PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT

---

Defendants Steamboat Springs School District RE-2, Dr. Celine Wicks, Ron Peterson, Chuck Rosemond, and Dan Juba (collectively, the "School District Defendants") move to exceed the Court's presumptive page limit from 15 to 25 pages for their forthcoming dismissal motion pursuant to Rule 12.

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.Colo.LCivR 7.1(a) and the Court's practice standards, undersigned counsel conferred with Plaintiffs' counsel by virtual meeting on August 25, 2025, and Plaintiffs do not oppose the relief requested in this motion.

**MOTION**

The School District Defendants' deadline to answer or otherwise respond to the Complaint (ECF 1) is September 5, 2025. The School District Defendants intend to move to partially dismiss the Complaint and answer the other claims. The Court's presumptive page limit for motions is 15 pages. (Civ. Practice Standard 10.1(c)(1).)[1] The School District Defendants request permission to exceed that presumptive page limit to **25 pages**, exclusive of the signature block and certificate of service, which they believe in good faith to be necessary to sufficiently address the issues presented in the Complaint.

Plaintiffs' Complaint contains 475 separately paragraphed allegations and nine unique claims, all of which involve complex statutory or constitutional claims. Plaintiffs assert disability-based claims under Section 504 of the Rehabilitation Act and the Americans with Disabilities Act (ADA), constitutional claims through Section 1983, and race-based claims under Title VI and Sections 1981 and 1986.

The School District Defendants will move to dismiss the constitutional and race-based claims in their entirety, including as to Individual School District Defendants, which would involve the defense of qualified immunity. The individual District defendants also intend to move to dismiss the disability-based 504/ADA claims asserted against them.

Neither the parties nor the Court would be prejudiced by granting this request, and it would promote judicial economy to allow the School District Defendants ten extra pages to brief the issues in this matter. Plaintiffs do not oppose the page-extension request.

---

[1] This is the presumptive limit for motions other than for those filed under Rule 56.

2

WHEREFORE, the School District Defendants request permission to exceed the page limitation for their partial motion to dismiss Plaintiffs' Complaint (ECF 1) from 15 pages to 25 pages, exclusive of the signature block and certificate of service.

Respectfully submitted this 28th day of August 2025.

*s/ Elliott V. Hood*
Gwyneth Whalen
Elliott V. Hood
Caroline G. Gecker
CAPLAN AND EARNEST LLC
3107 Iris Ave, Ste 100
Boulder, CO 80301
303-443-8010
gwhalen@celaw.com
ehood@celaw.com
cgecker@celaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on August 28, 2025, a true and correct copy of the foregoing was filed with the U.S. District Court of Colorado CM/ECF System which will notify the following:

Jessica L. Breuer, Esq.
Stephen Burg, Esq.
Burg Simpson Eldredge Hersh & Jardine, P.C.
jbreuer@burgsimpson.com; sburg@burgsimpson.com
*Attorneys for Plaintiffs*

Courtney B. Kramer, Esq.
Bennett M. Harrell, Esq.
SGR, LLC
*Attorneys for Defendant Anne-Marie Tennyson*

Catherine A. Tallerico, Esq.
Lyons Gaddis, P.C.
ctallerico@lyonsgaddis.com
*Attorney for Defendant Sylvia Rawlings*

s/*Shelley McKinstry*
Shelley McKinstry, Paralegal
