IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00315-CNS-SBP

MAYO THOMPSON, individually, and on behalf of S.R., a minor;
CANDY GRANGER, individually, and on behalf of S.U., a minor;
HEATHER NAUSED, individually, and on behalf of A.N., a minor;
ERIC BENDER and AMY BENDER, individually, and as husband and wife, on behalf of C.B., a minor,

Plaintiffs,

v.

STEAMBOAT SPRINGS SCHOOL DISTRICT RE-2, a municipal entity;
CELINE WICKS, in her individual and official capacities;
ANNE-MARIE TENNYSON, in her individual and official capacities;
RON PETERSON, in his individual and official capacities;
SYLVIA RAWLINGS, in her individual and official capacities;
CHUCK ROSEMOND, in his individual and official capacities; and
DAN JUBA, in his individual and official capacities,

Defendants.

---

**ORDER GRANTING SCHOOL DISTRICT DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION ON PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

---

THIS MATTER having come before the Court on the Unopposed Motion of Defendants Steamboat Springs School District RE-2, Celine Wicks, Ron Peterson, Chuck Rosemond and Dan Juba to Exceed Page Limitation on Partial Motion to Dismiss Plaintiff's Complaint, there being no objection from the Plaintiffs, and upon consideration,

IT IS ORDERED that the motion is granted.

DATED: _____, 2025.

BY THE COURT:

_____
U.S. District Court Judge/Magistrate