IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00315-CNS-SBP

MAYO THOMPSON, individually, and on behalf of S.R., a minor;
CANDY GRANGER, individually, and on behalf of S.U., a minor;
HEATHER NAUSED, individually, and on behalf of A.N., a minor;
ERIC BENDER and AMY BENDER, individually, and as husband and wife, on behalf of C.B., a minor,

Plaintiffs,

v.

STEAMBOAT SPRINGS SCHOOL DISTRICT RE-2, a municipal entity;
CELINE WICKS, in her individual and official capacities;
ANNE-MARIE TENNYSON, in her individual and official capacities;
RON PETERSON, in his individual and official capacities;
SYLVIA RAWLINGS, in her individual and official capacities;
CHUCK ROSEMOND, in his individual and official capacities; and
DAN JUBA, in his individual and official capacities,

Defendants.

---

**SCHOOL DISTRICT DEFENDANTS' <u>UNOPPOSED</u> MOTION TO MAINTAIN LEVEL 1 RESTRICTION OF ECF NOS. 42 AND 45**

---

Defendants Steamboat Springs School District RE-2, Dr. Celine Wicks, Ron Peterson, Chuck Rosemond, and Dan Juba (the "School District Defendants"), through undersigned counsel, move to maintain Level 1 Restriction of the exhibits to their Partial Motion for Summary Judgment (ECF Nos. 42 and 45) for the remainder of this action.

### Certificate of Conferral

Pursuant to D.C.COLO.LCivR 7.1(a) and the Court's practice standards, undersigned counsel certifies that he conferred with counsel for Plaintiffs regarding this

motion by email, and that Plaintiffs' counsel reports that Plaintiffs do not oppose maintaining Level 1 Restriction on the documents described in this motion.

## Motion

This is action raises claims under Title II of the Americans with Disabilities Act, the Fourth and Fourteenth Amendments to the United States Constitution, Title VI of the Civil Rights Act of 1964, and 42 U.S.C §§ 1985 and 1986.

The Court has approved a protective order shielding certain information from public disclosure, including education records of current and former District students protected under the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g; 34 C.F.R. Part 99, personnel information regarding current or former District staff protected from disclosure under C.R.S. § 24-72-204(3)(a)(II)(A), and medical records protected from disclosure under the Health Insurance Portability and Accountability Act (HIPAA), 42 U.S.C. § 1320d-6, and other laws.

The School District Defendants filed a partial motion to dismiss on September 5, 2025. (ECF 41.) Both exhibits to the motion, video footage depicting minors S.R. and S.U., contain information considered confidential under the protective order.

It was not possible to redact confidential information from these exhibits without unduly restricting the substance and compromising their usefulness. The public's interest in these recordings does not outweigh the need to keep them shielded from disclosure.

Consequently, there is good cause to maintain Level 1 Restriction for the exhibits. Further, Plaintiffs S.R. and S.U.'s right to privacy outweighs a presumption of public access, and there is no practical alternative to filing the exhibits as restricted that would

adequately protect their privacy.

WHEREFORE, the School District Defendants request that the Court grant this motion and enter an Order maintaining ECF Documents 42 and 45 at Level 1 Restriction for the remainder of this action.

Respectfully submitted this 19th day of September 2025.

*s/ Elliott V. Hood*
Gwyneth Whalen
Elliott V. Hood
Caroline G. Gecker
CAPLAN AND EARNEST LLC
3107 Iris Ave, Ste 100
Boulder, CO 80301
303-443-8010
gwhalen@celaw.com
ehood@celaw.com
cgecker@celaw.com

3

## CERTIFICATE OF SERVICE

This is to certify that on September 19, 2025, a true and correct copy of the foregoing was filed with the U.S. District Court of Colorado CM/ECF System which will notify the following:

Jessica L. Breuer, Esq.
Stephen Burg, Esq.
Burg Simpson Eldredge Hersh & Jardine, P.C.
jbreuer@burgsimpson.com; sburg@burgsimpson.com
*Attorneys for Plaintiffs*

Courtney B. Kramer, Esq.
Bennett M. Harrell, Esq.
SGR, LLC
ckramer@sgrllc.com; bharrell@sgrllc.com
*Attorneys for Defendant Anne-Marie Tennyson*

Catherine A. Tallerico, Esq.
Lyons Gaddis, P.C.
ctallerico@lyonsgaddis.com
*Attorney for Defendant Sylvia Rawlings*

s/*Shelley McKinstry*
Shelley McKinstry, Paralegal

4