IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:25-cv-00315-CNS-SBP | Date: October 15, 2025 |
| Courtroom Deputy: Stef Jeffries | FTR: Courtroom A502 |

| *Parties:* | *Counsel:* |
|---|---|
| MAYO THOMPSON, individually, and on behalf of S.R., a minor; CANDY GRANGER, individually, and on behalf of S.U., a minor; HEATHRE NAUSED, individually, and on behalf of A.N., a minor; ERIC BENDER and AMY BENDER, individually, and as husband and wife, on behalf of C.B., a minor, | Jessica Breuer |

  Plaintiffs,

v.

| | |
|---|---|
| STEAMBOAT SPRINGS SCHOOL DISTRICT RE-2, CELINE WICKS, ANNE-MARIE TENNYSON, RON PETERSON, SYLVIA RAWLINGS, CHUCK ROSEMOND, and DAN JUBA, | Gwyneth Whalen<br>Elliott Hood<br>Courtney Kramer<br>Catherine Tallerico |

  Defendants.

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**9:30 a.m.       Court in session.**

The Court calls the case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding Defendants' Motion to Stay Discovery (ECF No. 57), which the court acknowledges is NOT unopposed.

For the reasons stated on the record, it is

**ORDERED:** Because Defendants Tennyson, Wicks, Peterson, Rosemond, and Juba have asserted qualified immunity in their pending [41] and [43] Motions to Dismiss, the court is persuaded that Defendants have met the factors for a stay set forth in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-cv-01934-LTB-PAC, 2006 WL 894955 at *2 (D. Colo. Mar. 30, 2006), as required to show that a stay is warranted in the court's discretion. *See, e.g., Lucero v. City of Aurora*, No. 23-cv-00851-GPG-SBP, 2023 WL 5957126, at *2 (D. Colo. Sept. 13, 2023).

Accordingly, Defendants' [57] Motion to Stay is **GRANTED**. Discovery is stayed until the court resolves the [ECF Nos. 28, 41,43] Motions to Dismiss. Following a ruling on the pending Motions to Dismiss, the parties shall request a status hearing, if necessary, for purposes of resetting any applicable discovery deadlines.

**9:56 a.m.   Court in recess.**

Hearing concluded.
Total in-court time: 26 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.