**From:** Gwyneth Whalen
**Sent:** Monday, August 18, 2025 10:41 AM
**To:** Jessica Breuer <jbreuer@burgsimpson.com>; Elliott Hood <ehood@celaw.com>; Caroline Gecker <cgecker@celaw.com>; Catherine A. Tallerico <ctallerico@lyonsgaddis.com>; Courtney Kramer <ckramer@sgrllc.com>
**Cc:** Stephen Burg <SBurg@burgsimpson.com>; Sabrina Goreham <sgoreham@burgsimpson.com>; Annette L. Jones <ajones@burgsimpson.com>; Maria Pena <mpena@burgsimpson.com>
**Subject:** RE: Thompson, et al. v. Steamboat Springs School District RE-2, et al. - OPPORTUNITY FOR SETTLEMENT NON-408 COMMUNICATION

Hi Jessica,

We acknowledge receipt of the settlement demand and coverage opinion sent Friday after 5pm.

In the meantime, please let us know your availability to confer about the motion to dismiss we intend to file.

Thanks,


**Gwyneth Whalen**

*Attorney, AWI-CH (she/her)*



**Caplan & Earnest LLC**

3107 Iris Avenue, Suite 100 | Boulder, CO 80301

gwhalen@celaw.com

D: 303-448-6735 | O: 303-443-8010

celaw.com | LinkedIn

*Note: I typically only review and respond to emails at 9:00 a.m., 12:00 p.m., and 4:00 p.m. If you need something between or after these times, please call.*

1

**EXHIBIT A**

This electronic transmission (including any attached file) contains information from the law firm of Caplan and Earnest LLC which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or other use of this information is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone or by electronic mail ([PostMaster@celaw.com](mailto:PostMaster@celaw.com)).

IRS CIRCULAR 230 DISCLOSURE: Pursuant to U.S. Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another person or legal entity any transactions or matter addressed herein.

2

**EXHIBIT A**