| | |
|---|---|
| **From:** | Jessica Breuer |
| **To:** | Gwyneth Whalen; Elliott Hood; Caroline Gecker; Shelley McKinstry; Catherine A. Tallerico; Courtney Kramer |
| **Cc:** | Maria Pena; Stephen Burg; Annette L. Jones; Daniel Freeman; Hannah Huston |
| **Subject:** | Conferral re Motion to Amend |
| **Date:** | Thursday, October 2, 2025 10:23:51 AM |

**Caution!** This message was sent from outside your organization.

All –

We will be filing a motion to amend alongside our responses tomorrow. We plan to amend claims 1, 2, 3, 5, 7, 8, and 9. Would you please provide your position?

Sincerely,

Jessica L. Breuer, Esq.
jbreuer@burgsimpson.com

**BURGSIMPSON**
BURG | SIMPSON | ELDREDGE | HERSH | JARDINE PC
ATTORNEYS & COUNSELORS AT LAW
*Good Lawyers. Changing Lives.*
40 Inverness Drive East
Englewood, CO  80112

www.burgsimpson.com
Telephone:     (303)792-5595
Facsimile:      (303)708-0527

-------------------------------------------------------------------------------

**NOTICE:** This e-mail message is the property of Burg Simpson Eldredge Hersh & Jardine, P.C. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to dteselle@burgsimpson.com and delete the message and its attachments from your computer. Thank you.

-------------------------------------------------------------------------------

**EXHIBIT C**