| | |
|---|---|
| **From:** | Catherine A. Tallerico |
| **To:** | Bennett M. Harrell; Gwyneth Whalen; Jessica Breuer; Courtney Kramer; Elliott Hood; Caroline Gecker; Shelley McKinstry |
| **Cc:** | Maria Pena; Stephen Burg; Annette L. Jones; Daniel Freeman; Hannah Huston; Eric Ziporin; Carolyn Smoot |
| **Subject:** | RE: Conferral re Motion to Amend |
| **Date:** | Thursday, October 30, 2025 4:47:35 PM |
| **Attachments:** | image001.png |
| | image002.png |

**Caution! This message was sent from outside your organization.**

Dear Counsel, Ms. Rawlings also objects to the amendment. Regards, Cathy

**From:** Bennett M. Harrell <bharrell@sgrllc.com>
**Sent:** Thursday, October 30, 2025 4:06 PM
**To:** Gwyneth Whalen <gwhalen@celaw.com>; Jessica Breuer <jbreuer@burgsimpson.com>; Courtney Kramer <CKramer@sgrllc.com>; Elliott Hood <ehood@celaw.com>; Caroline Gecker <cgecker@celaw.com>; Shelley McKinstry <smckinstry@celaw.com>; Catherine A. Tallerico <CTallerico@lyonsgaddis.com>
**Cc:** Maria Pena <mpena@burgsimpson.com>; Stephen Burg <SBurg@burgsimpson.com>; Annette L. Jones <ajones@burgsimpson.com>; Daniel Freeman <dfreeman@burgsimpson.com>; Hannah Huston <hhuston@burgsimpson.com>; Eric Ziporin <EZiporin@sgrllc.com>
**Subject:** RE: Conferral re Motion to Amend

**EXTERNAL EMAIL**

Counsel,

On behalf of Defendant Tennyson, we join in the District defendants' opposition.

Thanks,

**Bennett M. Harrell**
Attorney
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
T: 303-320-0509
F: 303-320-0210
bharrell@sgrllc.com



The information contained in this electronic message is privileged and confidential. The information is intended only for use of the person or entity named above. If the reader of this message is not the intended recipient, any dissemination, distribution, or copying of this

**EXHIBIT D**

communication is prohibited.  If you have received this communication in error, please immediately notify me by telephone or e-mail.  Thank you.

---

**From:** Gwyneth Whalen <gwhalen@celaw.com>
**Sent:** Thursday, October 30, 2025 11:07 AM
**To:** Jessica Breuer <jbreuer@burgsimpson.com>; Courtney Kramer <CKramer@sgrllc.com>; Elliott Hood <ehood@celaw.com>; Caroline Gecker <cgecker@celaw.com>; Shelley McKinstry <smckinstry@celaw.com>; Catherine A. Tallerico <ctallerico@lyonsgaddis.com>
**Cc:** Maria Pena <mpena@burgsimpson.com>; Stephen Burg <SBurg@burgsimpson.com>; Annette L. Jones <ajones@burgsimpson.com>; Daniel Freeman <dfreeman@burgsimpson.com>; Bennett M. Harrell <bharrell@sgrllc.com>; Hannah Huston <hhuston@burgsimpson.com>; Eric Ziporin <EZiporin@sgrllc.com>
**Subject:** RE: Conferral re Motion to Amend

Hello Jessica,

On behalf of our clients, we oppose the motion to amend.

Thanks,


**Gwyneth Whalen**
*Attorney, AWI-CH (she/her)*



**Caplan & Earnest LLC**
3107 Iris Avenue, Suite 100 | Boulder, CO 80301
gwhalen@celaw.com
D: 303-448-6735 | O: 303-443-8010
celaw.com | LinkedIn

This electronic transmission (including any attached file) contains information from the law firm of Caplan and Earnest LLC which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or other use of this information is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone or by electronic mail (PostMaster@celaw.com).

IRS CIRCULAR 230 DISCLOSURE: Pursuant to U.S. Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another person or legal entity any

**EXHIBIT D**

transactions or matter addressed herein.

**From:** Jessica Breuer <jbreuer@burgsimpson.com>
**Sent:** Tuesday, October 28, 2025 4:20 PM
**To:** Gwyneth Whalen <gwhalen@celaw.com>; Courtney Kramer <CKramer@sgrllc.com>; Elliott Hood <ehood@celaw.com>; Caroline Gecker <cgecker@celaw.com>; Shelley McKinstry <smckinstry@celaw.com>; Catherine A. Tallerico <ctallerico@lyonsgaddis.com>
**Cc:** Maria Pena <mpena@burgsimpson.com>; Stephen Burg <SBurg@burgsimpson.com>; Annette L. Jones <ajones@burgsimpson.com>; Daniel Freeman <dfreeman@burgsimpson.com>; Hannah Huston <hhuston@burgsimpson.com>
**Subject:** RE: Conferral re Motion to Amend

Caution! This message was sent from outside your organization.

Following up on your conferral positions.

Thank you,
Jessica

**From:** Jessica Breuer
**Sent:** Friday, October 24, 2025 2:09 PM
**To:** Gwyneth Whalen <gwhalen@celaw.com>; Courtney Kramer <CKramer@sgrllc.com>; Elliott Hood <ehood@celaw.com>; Caroline Gecker <cgecker@celaw.com>; Shelley McKinstry <smckinstry@celaw.com>; Catherine A. Tallerico <ctallerico@lyonsgaddis.com>
**Cc:** Maria Pena <mpena@burgsimpson.com>; Stephen Burg <SBurg@burgsimpson.com>; Annette L. Jones <ajones@burgsimpson.com>; Daniel Freeman <dfreeman@burgsimpson.com>; Hannah Huston <hhuston@burgsimpson.com>
**Subject:** RE: Conferral re Motion to Amend

All,

Attached is the Proposed Amended Complaint. Please let me know your positions on the motion to amend.

Thank you,
Jessica

**EXHIBIT D**